**Order entered November 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00206-CV**

**EAGLE REMODEL LLC, Appellant**

**V.**

**CAPITAL ONE FINANCIAL CORPORATION**
**D/B/A CAPITAL ONE BANK, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-02277**

**ORDER**

Before the Court is appellee's November 10, 2022 unopposed second motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to **December 14, 2022**. We caution appellee that further extension requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE